# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 16-1457-FMO (JPR)**                    Date: **July 21, 2016**

Title:  **Cynthia Lee Towey v. Carolyn W. Colvin**
=============================================================
**DOCKET ENTRY: Order re Potential Conflict of Interest**
=============================================================
PRESENT:

### HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE

Bea Martinez                                        n/a
Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:             ATTORNEYS PRESENT FOR DEFENDANT:
   None present                                  None present

## PROCEEDINGS: (IN CHAMBERS)

The Court has a conflict of interest in hearing any matter in which Social Security Administration ALJ Robin Rosenbluth, who has sat in West Los Angeles since May 2015, has participated or presided.  No later than seven days from the date of this order, Plaintiff's counsel must file notice that ALJ Rosenbluth did or did not participate in or preside over Plaintiff's case.

MINUTES FORM 11                                 Initials of Deputy Clerk: BM
CIVIL-GEN